[No. 32904-9-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFREDO SANDOVAL AVILA, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 93-1-01269-8, Deborah Fleck, J., entered June 14, 1993. *Dismissed* by unpublished per curiam opinion.